**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

SEP 27 2010 PM03:58

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:
Thomas W. Dawson, Jr.

Debtor(s)

Case No. R06-40716-MGD
Chapter 13

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $859.68 was issued in the above-styled bankruptcy case to Citimortgage, Inc., whose mailing address at the time of issue was, P.O. Box 9447, Concord, CA. Because that check was not cashed by said payee due to a result of an insufficient or incorrect mailing address, pursuant to 11 U.S.C. § 347 (a), the trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to Citicorp North America, Inc. c/o Kathleen S. Allen, Located at 3800 Citigroup Center Dr., G3-4, Tampa, FL, 33610.

Date: 9-22-10

_Kathleen J Allen_
**Citicorp North America, Inc.**
c/o Kathleen S. Allen
3800 Citigroup Center Dr.
Location G3-4
Tampa, FL, 33610

Sworn to and subscribed to before
me this 22 day of Sept, 20 10.

_Melissa Alfonso_
Notary Public in and for the
State of Florida
My commission expires 10/23/13



MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES: Oct. 23, 2013
(407) 398-0153   Florida Notary Service.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

In re:

    Thomas W. Dawson, Jr.

        Case#  R06-40716-MGD
        Chapter No. 13

    Debtor

## CERTIFICATE OF SERVICE

**NOTICE** is hereby given that on _____9-22-10_____, a true and correct copy of the foregoing Affidavit for Reimbursement of Unclaimed Funds was mailed via first class, postage prepaid U.S. Postal Service to:

**U.S. Attorney:**
Office of the US Attorney
1800 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA, 30303

_/s/ Kathleen S. Allen_

**Citicorp North America, Inc.**
c/o Kathleen S. Allen
3800 Citigroup Center Dr.
Location G3-4
Tampa, FL, 33610
Phone (813) 604- 9564

**United States Bankruptcy Court for the
Northern District of Georgia**

In Re:

    Thomas W. Dawson, Jr.

                            Case No.    R06-40716-MGD

_____Debtor (s)_____/

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

**IT APPEARING THAT** the amount of $859.68, constituting unclaimed funds due to<u>Citimortgage, Inc.</u>, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IS ALSO APPEARING THAT,** <u>Citicorp North America, Inc.</u>, claimant, whose address is 3800 Citigroup Center Dr. location G3-4, Tampa, FL, 33610, phone number is (813) 604-9564, and Tax ID #13-2938684, has furnished the required documentation for release of unclaimed funds.

**THIS CLAIM HAS NOT BEEN ASSIGNED.**

**THEREFORE, IT IS HEREBY ORDERED THAT,** the Clerk of Court shall pay the unclaimed funds in the amount of<u>$859.68</u> to the order of <u>Citicorp North America, Inc., c/o Kathleen S. Allen, Recovery and Escheatment Manager</u>, Claimant, and mail the check to <u>3800 Citigroup Center Dr., location G3-4, Tampa, FL, 33610</u>.

Dated : _____                                     _____
                                                                              United States Bankruptcy Judge





KATHLEEN ALLEN

*Kathleen Allen*



Kathy Allen
*Recovery & Settlement Manager*
Cash Management

Citigroup Business Services
Citigroup Payment Services
3800 Citigroup Center Drive
Location C5-4
Tampa, FL 33610

Tel 813 604 9534
Fax 813 604 9564
kathleen.a.allen@citigroup.com

## AFFIDAVIT OF AUTHORIZATION



I, Andrew D. Harwood, Managing Director of CSS Accounts Payable, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by Jeffrey Walsh, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by Jeffrey Walsh to delegate the authority described above to Jon N. Hatcher, Lawrence Loschiavo, Patrice Hibbert and Kathleen S. Allen, each of whom is an officer in the CSS Accounts Payable business division, and their signatures are, as set forth below:

Jon N. Hatcher

Lawrence Loschiavo

Patrice Hibbert

Kathleen S. Allen



3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 13 day of July 2010.

Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 13 day of July 2010.

NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES Oct. 23, 2013
Florida Notary Service.com



March 3, 2010

To Whom It May Concern:

Please accept this letter as documentation that FEIN #13-2938684 belongs to Citicorp North America, Inc., a legal vehicle of Citigroup, Inc.

Please note that Citigroup Payment Services is a division under legal vehicle Citicorp North America, Inc. and that Andrew Harwood, Executive Vice President of Citigroup Payment Services, has been given authorization by John Gerspach, Controller and Chief Accounting Officer of Citigroup, to file claims and collect any unclaimed property for all Citigroup and Citibank companies.

Sincerely,

Lawrence Loschiavo
Vice President
Citigroup Payment Services


STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 11 day of March, 2010


NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD793309
EXPIRES: Oct 24, 2013



Andrew D Harwood
Vice President
Citigroup Business Services

Citigroup Centre
Canada Square, Canary Wharf
London E14 5LB United Kingdom
Tel +44 (0)20 7500 9885
Fax +44 (0)20 7500 7414
andrew.d.harwood@citigroup.com

Reprinted by the PSA          Citibank, N.A.



Jeffrey Walsh
*Controller and*
*Chief Accounting Officer*

Citigroup Inc.
*399 Park Avenue*
*2nd Floor*
*New York, New York 10022*

Tel *212 559 0019*
Fax *212 793 5165*
*jeffrey.walsh@citi.com*

July 1, 2010

To Whom It May Concern,

Re: Unclaimed Property

I, Jeffrey R. Walsh, Controller and Chief Accounting Officer of Citigroup Inc. ("Corporation"), do hereby authorize Andrew Harwood, Managing Director of CSS Accounts Payable, a business division within the Corporation, to file and collect any and all Unclaimed Property claims on behalf of the Corporation and any and all direct and indirect subsidiary corporations of the Corporation, including but not limited to Citibank, N.A., Citibank, FSB, Citibank (West), FSB, Citibank (South Dakota), N.A., Citigroup Global Markets Inc., Citigroup Financial Products Inc., Citibank (Nevada), N.A., CitiMortgage Inc., Citicorp North America, Inc., and Citicorp USA, Inc. or predecessor corporations of said entities. I further authorize Andrew Harwood to delegate the authority set forth herein to each of Jon N. Hatcher, Lawrence Loschiavo, Patrice Hibbert and Kathleen S. Allen, officers within the CSS Accounts Payable business division.

Sincerely,

Jeffrey Walsh

MEG REYNOLDS
Notary Public, State of New York
No. 01RE6068909
Qualified in New York County
Commission Expires Dec. 1, 2009 13



| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
|---|---|---|---|
| BHCPR Peer Reports | FAQ | | |

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

Please complete the following search criteria to continue your search process for the organization hierarchy of CITICORP (1042351).

**Starting From:** ○ CITICORP     ● Parent(s) of CITICORP
CITIGROUP INC

**Institution Type:** ● Standard Organization Hierarchy     ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:

All
Commercial Bank
Cooperative Bank
Credit Union

Organization as of date (mm/dd/yyyy) format:
07/31/2005

**Report Format:** ● HTML    ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[ Submit ]

NIC Home | FAQ | Help | Contact Us



FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITIMORTGAGE, INC. (1045660).

**Starting From:** ○ CITIMORTGAGE, INC.    ● Parent(s) of CITIMORTGAGE, INC.
CITIGROUP INC.

**Institution Type:** ● Standard Organization Hierarchy    ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
All
Commercial Bank
Cooperative Bank
Credit Union

As of year end
2008
2009

Organization as of date (mm/dd/yyyy) format:
04/30/2005

**Report Format:** ● HTML    ○ PDF
The report will default to PDF format if over 200 institutions satisfy the search criteria.

Submit

NIC Home  |  FAQ  |  Help  |  Contact Us